**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:90cr231-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ANDREW FLETCHER.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for

Additional Relief [Doc. 17].

On May 21, 2009, the Defendant's sentence was reduced pursuant

to Amendment 706, the Crack Cocaine Guideline Amendment, from 360

months to 292 months of imprisonment. [Doc. 7]. In the pending motion,

the Defendant does not claim any error in the sentence reduction but

merely asks for an additional reduction based on his reformation during

incarceration, his desire to work with endangered youth, his health, and his

belief that he has served sufficient time for the offense of conviction. At

the time the Defendant's sentence was reduced pursuant to Amendment

706, the relevant sentencing factors were considered, including the

seriousness of the offense and the Defendant's health, behavior and educational efforts during incarceration. [Doc. 5].  To the extent the Defendant seeks further relief, the grounds stated do not form an appropriate basis for such. 18 U.S.C. §§3582(c)(2); 3553(a).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Additional Relief [Doc. 17] is hereby **DENIED**.

Signed: December 10, 2009

Martin Reidinger
United States District Judge